# PD-1680-15

Tyrone Negale Jenkins, #1959126
William P.Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 2 8 2015

Abel Acosta, Clerk

December 21, 2015

Mr.Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. BOX 12308, Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

RE: TYRONE NEGALE JENKINS —VS— THE STATE OF TEXAS
    SECOND COURT OF APPEALS CAUSE NUMBER:02-14-0242-CR
    DENTON COUNTY CAUSE NUMBER:F-2012-0484-B

    'Motion For An Extension Of Time To File Petition
    For Discretionary Review'

Dear Honorable Clerk of the Court,

Enclosed please find the original of my pro se 'Motion For An Extension of Time To File Petition For Discretionary Review' submitted this 21 day of December, 2015, to be filed among the papers of the above-styled and numbered cause.

Please file the aforementioned enclosed among the papers of the above-stated cause and bring same to the Court's attention at your next available moment. I **"Thank You"** in advance for your kind professional time and assistance in the processing of this 'motion'.

Sincerely/Respectfully Submitted,

Tyrone Negale Jenkins, Petitioner
TDCJ-CID#1959126
William P.Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

CC:File

CAUSE NO._____

|  | § |  |
|---|---|---|
| TYRONE NEGALE JENKINS,<br>Petitioner, | | IN THE TEXAS COURT OF |
| | § | |
| | | CRIMINAL     APPEALS |
| -VS- | | |
| | § | |
| THE STATE OF TEXAS,<br>Respondent. | | |
| | § | |

### MOTION FOR EXTENSION OF TIME TO FILE PETITION
### FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE TEXAS COURT OF CRIMINAL APPEALS:

COMES NOW, TYRONE NEGALE JENKINS, Petitioner, and files this, his 'Motion for Extension of Time to File Petition for Discretionary Review' requesting a sixty-(60)-day extension in which to file his Petition for Discretionary Review. In support thereof, Petitioner will show this Honorable Court of Criminal Appeals the following:

### I.

The Petitioner was convicted in the 158th District Court of Denton County, Texas for the offense Capital Murder under Cause Number:F-2012-0484-B, Styled: **The State of Texas -VS- Tyrone Negale Jenkins.** Petitioner appealed to the Court of Appeals, Second Supreme Judicial District. The case was affirmed on November 25, 2015.

### II.

The present deadline for filing the Petition for Discretionary Review is **December 25, 2015.** Petitioner **HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.**

-1-

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was informed of the decision of the Court of Appeals on December 9th, 2015, of the Court of Appeals affirming his conviction and sentence. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on direct appeal has informed him that he will not represent him on the Petition for Discretionary Review.

**WHEREFORE,** Petitioner prays this Court will grant this 'Motion for an Extension of Time and extend the deadline for filing the Petition for Discretionary Review in Cause Number:02-14-0242-CR to January 25th, 2015.

Respectfully Submitted on this 21 day of December, 2015.

Tyrone Negale Jenkins, Petitioner
TDCJ-CID#1959126
William P.Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

### UNSWORN DECLARATION

I, TYRONE NEGALE JENKINS, TDCJ-CID#1959126, being presently incarcerated at the William P.Clements Unit of the Texas Department of Criminal Justice-Correctional Institutions Division located in Potter County, Amarillo, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge. **Executed on this 21 day of December, 2015.**

Tyrone Negale Jenkins, Petitioner
TDCJ-CID#1959126
William P.Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

### CERTIFICATE OF SERVICE

I, **TYRONE NEGALE JENKINS,** do hereby certify that a true and correct copy of the above and foregoing 'Motion For An Extension Of Time To File Petition For Discretionary Review' has been served on:the Office of the Denton County District Attorney at: 1450 E.McKinney, Denton, Texas 76202 by placing same in the United States Mail, first class postage prepaid on this 21 day of December, 2015.

Tyrone Negale Jenkins, Petitioner
TDCJ-CID#1959126

-2-